820

*Robert S. Rubin* and *George Zolotar* filed a brief for the Securities & Exchange Commission in opposition. *Maurice J. Dix* for Guggenheim et al., respondents.

No. 1190. HENWOOD, TRUSTEE, *v.* WALLACE. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *C. Huffman Lewis* and *W. Scott Wilkinson* for petitioner.

No. 1191. GARLOCK PACKING Co. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *George Link, Jr.* for petitioner. *Acting Solicitor General Washington, William S. Tyson, Bessie Margolin* and *Morton Liftin* for respondent.

No. 1195. COLUMBIAN NATIONAL LIFE INSURANCE Co. *v.* GOLDBERG. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *C. J. Hoyt* for petitioner. *David C. Haynes* for respondent.

No. 1199. SHAPIRO, BERNSTEIN & Co., INC. *v.* JERRY VOGEL MUSIC Co., INC. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Charles E. Hughes, Jr., Richard W. Hogue, Jr.* and *Edward A. Niles* for petitioner. *Arthur F. Driscoll* for respondent.